UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 03-0194-RMT |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DISCOVERY |
| JAMES ISAAC NEUSOM, | |
| Defendant. | |

This matter has come before the court on the motion by Defendant James Isaac Neusom ("Defendant") to compel the production of discovery. Defendant requests that the government: (1) investigate the suspected false testimony of its witnesses at the first trial and produce the results of that investigation to Defendant; (2) provide notice of its expert witnesses and their proposed testimony; (3) produce all paper and electronic files of the Social Security Administration ("SSA") related to Ella Gilmore and permit Defendant to inspect the SSA electronic database; and (4) produce statutorily and constitutionally mandated discovery. The court has considered the motion and other papers filed in this matter.

Accordingly,

IT IS ORDERED that Defendant's Motion to Compel the Production of

1  Discovery is DENIED in part and GRANTED in part as follows:

2      Defendant's motion to order the government to investigate the suspected false
3  testimony of its witnesses and the effects on its theory of the case is hereby DENIED.

4      Defendant's motion to order the government to provide notice of its expert
5  witnesses and their proposed testimony is hereby GRANTED; the government shall
6  provide expert witness information by September 29, 2008, and if it does not intend
7  to call Joyce Mayes ("Ms. Mayes") as an expert witness, shall provide Ms. Mayes'
8  address to Defendant by said date.

9      Defendant's motion to order the government to produce all paper and electronic
10 files of the SSA related to Ella Gilmore and permit Defendant to inspect the SSA
11 electronic database is hereby GRANTED; the government shall comply by October
12 6, 2008.

13     Defendant's motion to order the government to produce statutorily and
14 constitutionally mandated discovery is hereby GRANTED to the extent that the
15 discovery sought has not been provided by the government or provided for elsewhere
16 in this order.

17 Dated: September 9, 2008

                                                            ROBERT M. TAKASUGI
                                                             United States District Sr. Judge