UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-0194-RMT |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNT 1 AS MOOT |
| vs. | |
| JAMES ISAAC NEUSOM, | |
| Defendant. | |

This matter has come before the court on the motion by Defendant James Isaac Neusom ("Defendant") to dismiss Count 1 including contentions that Count 1 improperly consolidates multiple misdemeanor section 641 offenses into one felony count and Count 1, or parts of Count 1, are barred by the statute of limitations. On September 10, 2008, the government filed a first superseding indictment, which changes the crime charged in Count 1, separates each payment into an individual count, and includes only payments made within the statute of limitations. Thus, the first superseding indictment renders Defendant's motion to dismiss Count 1 moot.

\\\

\\\

\\\

1

1 Accordingly,

2     IT IS ORDERED Defendant's Motion to Dismiss Count 1 is DENIED as moot
3 in light of the first superseding indictment.

4 Dated: September 12, 2008

                                    ROBERT M. TAKASUGI
                                    United States District Sr. Judge