UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-0194-RMT |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION TO SUPPRESS |
| vs. | |
| JAMES ISAAC NEUSOM, | |
| Defendant. | |

This matter has come before the court on the motion by Defendant James Isaac Neusom ("Defendant") to suppress Defendant's December 10, 2001 statements. The court having considered the motion and other papers filed in this matter, finds as follows:

Defendant has a Sixth Amendment right to effective assistance of counsel. On April 8, 2008, this court granted Defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255 on the grounds that his trial counsel's assistance was ineffective. In light of Defendant's right to effective representation throughout his case, coupled with this court's finding the Defendant's counsel was ineffective at trial and trial preparation, this court's prior finding that Defendant's December 10, 2001 statements were voluntarily given should not have the force of law of the case. (See Minutes of

1

1st day jury trial, Docket #19). As a result, counsel are advised that further briefing may be submitted on Defendant's motion to suppress.

Accordingly,

IT IS ORDERED that, in light of the court's finding, the parties shall submit further briefing as follows: Defendant's further brief shall be filed by September 26, 2008; the government's response shall be filed by October 10, 2008; reply, if any, shall be filed by October 17, 2008. A hearing on Defendant's motion to suppress is set for October 27, 2008 at 9:30 a.m.

Dated: September 12, 2008

_____
ROBERT M. TAKASUGI
United States District Sr. Judge

2