UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-0194-RMT |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION TO PRECLUDE GOVERNMENT ARGUMENTS AND TO EXCLUDE EVIDENCE |
| vs. | |
| JAMES ISAAC NEUSOM, | |
| Defendant. | |

As to the motion by Defendant James Isaac Neusom ("Defendant") to preclude government arguments and to exclude evidence, IT IS ORDERED THAT the September 15, 2008 hearing is continued to October 27, 2008 at 9:30 a.m. IT IS FURTHER ORDERED THAT if in light of the superseding indictment Defendant wishes to amend his motion, the amended motion shall be filed by September 26, 2008; response thereto shall be filed by October 10, 2008; and reply, if any, shall be filed by October 17, 2008.

Dated: September 12, 2008

ROBERT M. TAKASUGI
United States District Sr. Judge

1