THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. GOTTLIEB
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-0141
    Email: michael.gottlieb@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-3

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-194-RMT |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)** |
| v. | |
| JAMES ISAAC NEUSOM, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), the motion to dismiss the action with prejudice filed by plaintiff United States of America on October 14, 2008, and the stipulation in support of the government's motion to dismiss, IT IS HEREBY ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

DATED: October 15, 2008

_____
HONORABLE ROBERT M. TAKASUGI
United States District Judge